# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SANDI BRUFFEY,

          Appellant

          v.

COMMONWEALTH OF PENNSYLVANIA,

          Appellee

: No. 50 MAP 2025
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 9th day of October, 2025, as Appellant failed to file exceptions to the June 9, 2025 order of the Commonwealth Court, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 1571(i) ("Issues not raised on exceptions are waived and cannot be raised on appeal."); *Davis v. Commonwealth*, 193 A.3d 890 (Pa. 2018) (*per curiam*) (quashing an appeal for the failure to file exceptions from a final order entered in the Commonwealth Court).